IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA L. SEAICH, | CV 20-30-M-DLC-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ANDREW SAUL, Commissioner of Social Security Administration, | |
| Defendant. | |

Defendant has filed an unopposed Motion for Stay of Proceedings. Accordingly, and good cause appearing,

IT IS ORDERED that proceedings in this matter are STAYED until such time as the Commissioner is able to produce a certified transcript of the record. The stay will automatically be lifted when the Commissioner files the administrative record.

DATED this 15th day of June, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1