IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JESSICA l. SEAICH,<br><br>               Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>               Defendants. | CV 20-30-M-DLC-KLD<br><br>JUDGMENT |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Order (Docket 26), the Commissioner's decision is AFFIRMED, and this matter is now closed.

      Dated this 10th day of August, 2021.

                                        TYLER P. GILMAN, CLERK

                                        By: /s/ Nicole Stephens
                                        Nicole Stephens, Deputy Clerk